## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ORION MARINE CONTRACTORS, INC.,
    Plaintiff,

Case Number 3:15-cv-00151-SLG

v.

CITY OF SEWARD,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT Plaintiff recover nothing, the action be dismissed on the merits, and the defendant City of Seward recover costs from the plaintiff Orion Marine Contractors, Inc.

APPROVED:

*Sharon L. Gleason*
Sharon L. Gleason
United States District Judge

Date: August 4, 2016

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

*Lesley K. Allen*
Lesley K. Allen,
Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}