UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ORION MARINE CONTRACTORS, INC.   v.   CITY OF SEWARD

LESLEY K. ALLEN, DISTRICT COURT EXECUTIVE/CLERK OF COURT

DEPUTY CLERK                                              CASE NO. 3:15-cv-00151-SLG

Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**                          DATE: August 26, 2016

A cost bill hearing was held August 26, 2016, at 10:00 a.m. on the cost bill of City of Seward. No appearances were made on behalf of any of the parties. A notice of no objections to the cost bill was filed.

Fees for witnesses claimed in the amount of $2,051.65 allowed.

Fees for exemplification and costs of making copies of any materials where the copies are necessarily obtained for use in the case claimed in the amount of $6,259.38 allowed in the amount of $6,252.18.*

Total costs taxed by the Clerk for defendant City of Seward in the amount of $8,303.83.

Counsels' attention is directed to FRCvP 54(d)(1); Review of Costs.

*The cost bill contained a mathematical error causing the amount claimed to be different than the amount awarded.