Traeger Machetanz, ABA #8411127
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-757-8337
Fax: 206-757-7337
E-mail: traegermachetanz@dwt.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ORION MARINE CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEWARD, <br><br> Defendant. | No. 3:15-CV-00151-SLG <br><br> NOTICE OF APPEAL |

Notice is hereby given that Plaintiff Orion Marine Contractors, Inc. in the above captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Re Cross-Motions for Summary Judgment, entered on August 3, 2016 (Dkt. 45), and the Final Judgment, entered on August 4, 2016 (Dkt. No. 46). This Notice is timely under Fed. R. App. P. 4(a)(1) and 4(a)(4).

DATED this 3rd day of November, 2016.

    Davis Wright Tremaine LLP
    Attorneys for Orion Marine Contractors Inc.

    By *s/ Traeger Machetanz*
        Traeger Machetanz, ABA #8411127
        1201 Third Avenue, Suite 2200
        Seattle, WA 98101-3045
        Telephone: 206-757-8337
        Fax: 206-757-7337
        E-mail: traegermachetanz@dwt.com

NOTICE OF APPEAL- 1
DWT 30655842v1 0104668-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 3:15-cv-00151-SLG   Document 71   Filed 11/03/16   Page 1 of 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd of October, 2016, a true and correct copy of the foregoing was served on the following in the manner indicated:

William A. Earnhart
wearnhart@bhb.com

Adam Cook
acook@bhb.com

Davis Wright Tremaine LLP

By: *s/ Traeger Machetanz*
    Traeger Machetanz

NOTICE OF APPEAL- 2
DWT 30655842v1 0104668-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 3:15-cv-00151-SLG   Document 71   Filed 11/03/16   Page 2 of 2